Anthony M. Barnes (SBN 199048)
amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (917) 371-8293

Drevet John Hunt (SBN 240487)
dhunt@cacoastkeeper.org
CALIFORNIA COASTKEEPER ALLIANCE
4122 Balboa Street
San Francisco, CA 94121
Tel: (415) 606-0864

Attorneys for Plaintiffs
Los Angeles Waterkeeper
California Coastkeeper Alliance

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, A California non-profit corporation, COASTKEEPER ALLIANCE, A California non-profit corporation,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>ESTES EXPRESS LINES, INC., a Maryland corporation,<br><br>　　　　　Defendant. | **Case No.: 2:22-cv-07537-MWF-MAR**<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

PLEASE TAKE NOTICE that the parties have reached a *tentative* settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "**Exhibit 1**," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations.  Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ.  At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: December 19, 2022                    Respectfully submitted,


 */s Anthony M. Barnes*
Anthony M. Barnes
AQUA TERRA AERIS LAW GROUP
Attorneys for Plaintiffs
Los Angeles Waterkeeper and California Coastkeeper Alliance