UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-7537-MWF(MARx)**                              Dated: **December 20, 2022**

Title:      Los Angeles Waterkeeper -v- Estes Express

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):       COURT ORDER**

In light of the Notice of Settlement [16] filed December 19, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for March 20, 2023 at 11:30 a.m. All other hearings and deadlines are hereby vacated. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.

IT IS SO ORDERED.

MINUTES FORM 90                                           Initials of Deputy Clerk   rs
CIVIL - GEN