Anthony M. Barnes (SBN 199048)
amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (917) 371-8293

*Attorneys for Plaintiff*
Los Angeles Waterkeeper

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation;<br><br>    Plaintiff,<br>   vs.<br><br>ESTES EXPRESS LINES, INC., a Maryland corporation,<br><br>    Defendant. | Case No.: 2:22-cv-07537-MWF-MAR<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

WHEREAS, on December 16, 2022, LOS ANGELES WATERKEEPER ("Plaintiff") and Defendant ESTES EXPRESS LINES, INC. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiffs' complaint; and

WHEREAS, on December 19, 2022, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #16); and

WHEREAS, on December 28, 2022, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree, (ECF #18); and

WHEREAS, on January 31, 2023, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

WHEREAS, on January 31, 2023, Plaintiff submitted a [Proposed] Consent Decree to the Court for approval and entry.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit 1," and enter the Consent Decree as judgment.

DATED: January 31, 2023

*/s/Anthony M. Barnes*
Anthony M. Barnes
Aqua Terra Aeris Law Group
Attorneys for Plaintiff
LOS ANGELES WATERKEEPER