JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ESTES EXPRESS LINES, INC., a Maryland corporation,<br><br>　　　　　　Defendant. | Case No.: 2:22−cv−07537 MWF(MARx)<br><br>**ORDER GRANTING STIPULATION TO RETAIN JURISDICTION AND REQUEST FOR DISMISSAL** |

　　Based on the stipulation of the Settling Parties,

　　IT IS HEREBY ORDERED that the Court shall retain jurisdiction over Civil Case No. 2:22−cv−07537 MWF(MARx) for the sole purpose of enforcing compliance by the Settling Parties with the terms of the Consent Decree. The Consent Decree was lodged separately and entered by the Court on February 13, 2023.

　　IT IS FURTHER ORDERED that Plaintiff's claims against Defendant ESTES EXPRESS LINES, INC., as set forth in Civil Case No. 2:22−cv−07537 MWF(MARx) are dismissed with prejudice pursuant to FRCP 41(a)(2).

　　IT IS SO ORDERED.

Dated: March 17, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge